HENRY I. FILLMAN, Respondent, v. SUPREME CORK FLOORING Co., INC., Appel-

lant.— Order granting plaintiff's motion for summary judgment, and judgment entered thereon, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs, the court being of opinion that the record establishes that there is an issue to be tried. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.